# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
Contact@ParkerHanski.com

July 7, 2020

<u>Via ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York

    **Re:**    *Stason Sutton v. 626 Emmut Properties, Ltd. and 10th Avenue Group, Inc.*

        **<u>Docket No. 1:18-cv-00090 (JPO)</u>**

Dear Judge Oetken:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of June 22, 2020, the parties hereby update the Court on the status of this action. The parties have completed discovery and for dispositive motion practice, initial summary judgment motions were denied and the Court summarily denied a second summary judgment motion (Docket No. 90).

    The defendants request a further conference with the Court to discuss what issues remain for trial or whether now that discovery is complete further motions will be entertained. The plaintiff objects to further motions and would like to schedule a trial and set a schedule for pre-trial filings.

    Thank you for your time and attention to this matter. With kindest regards, I am

                      very truly yours,

                      /s/
                  Glen H. Parker, Esq.