UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

| | |
|---|---|
| STASON SUTTON, | |
| Plaintiff, | 18-CV-0090 (JPO) |
| -v- | ORDER |
| 626 EMMUT PROPERTIES, LTD., et al, | |
| Defendants. | |

J. PAUL OETKEN, District Judge:

Upon reconsideration, the order denying Defendants' renewed motion for summary judgment without further briefing (Dkt. No. 90) is vacated.  Plaintiff shall respond to Defendants' motion for summary judgment on or before August 28, 2020.  Defendants shall file any reply on or before September 11, 2020.

SO ORDERED.

Dated: July 24, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge