UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON,

                              Plaintiff,

        -v-

EMMUT PROPERTIES, LTD., et al.,

                            Defendants.

18-CV-90 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties are directed to file a joint letter by July 16, 2021, advising the court as to the status of this action.

SO ORDERED.

Dated: July 2, 2021
       New York, New York

                                            J. PAUL OETKEN
                                        United States District Judge