UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

STASON SUTTON

                Plaintiff,

v.

626 EMMUT PROPERTIES, LTD. AND 10TH AVENUE GROUP, INC.

                Defendants.

------------------------------------------------------------------------x

Docket No. 1:18-cv-00090 (JPO)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: June 13, 2024
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
   Glen H. Parker, Esq.
   Attorneys for Plaintiff
   28 Valley Road
   Montclair, New Jersey 07043
   Tel 347-292-9042
   ghp@parkerlawusa.com

**DL PARTNERS**

BY: _____
   Eric R. Garcia, Esq.
   Attorneys for Defendant
   626 Emmut Properties, Ltd.
   9 East 40th Street, 5th Floor
   New York, NY 10016

**ARSHACK, HAJEK & LEHRMAN PLLC**

By: _____
   Michael B. Lehrman, Esq.
   Attorneys for Defendant
   10th Avenue Group, Inc.
   1790 Broadway, 7th Floor
   New York, New York 10019
   (212) 582-6500
   michael@lawahl.com

Phone:(212) 564-9800
egarcia@dlpartnerslaw.com