UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

STASON SUTTON

                        Plaintiff,

            v.

626 EMMUT PROPERTIES, LTD. AND 10TH AVENUE GROUP, INC.

                        Defendants.

------------------------------------------------------------------------x

Docket No. 1:18-cv-00090 (JPO)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: June 13, 2024
        New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    28 Valley Road
    Montclair, New Jersey 07043
    Tel 347-292-9042
    ghp@parkerlawusa.com

**DL PARTNERS**

BY: _____
    Eric R. Garcia, Esq.
    Attorneys for Defendant
    626 Emmut Properties, Ltd.
    9 East 40th Street, 5th Floor
    New York, NY 10016

**ARSHACK, HAJEK & LEHRMAN PLLC**

By: _____
    Michael B. Lehrman, Esq.
    Attorneys for Defendant
    10th Avenue Group, Inc.
    1790 Broadway, 7th Floor
    New York, New York 10019
    (212) 582-6500
    michael@lawahl.com

So ordered.
6/17/2024

_____
J. PAUL OETKEN
United States District Judge